# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139304(85)

In re LAURENCE GEE ROBBINS, JR.
and BRAIN JAMAL ROBBINS, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

DEONNA I. SANDERS,
       Respondent-Appellant,

and

LAURENCE ROBBINS,
       Respondent.
_____/

SC: 139304
COA: 284790
Wayne Circuit Family
Division: 04-437255-NA

On order of the Court, the motion for reconsideration of this Court's August 20, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2009

_____
Clerk

d0929